IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 8:24CB8 |
| Plaintiff, | |
| vs. | ORDER TO APPEAR |
| ANNA STERUP, | |
| Defendant. | |

    You are ordered to appear for your next court hearing on Tuesday, September 24, 2024 at 9:00 a.m. in Courtroom No. 7 at the Roman L. Hruska Federal Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

    Failing to appear in court as directed may result in a warrant being issued for your arrest. You may be subject to an additional charge of Failure to Appear or a finding of Contempt of Court. Each of these may be punishable by a term of imprisonment, a fine or both.

    Dated: August 27, 2024

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge

Defendant hereby acknowledges receipt of this Order and promises to appear at the date and time above.

<u>August 27, 2024</u>
Date

Defendant